CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 23 2013

JULIA C. DUDLEY, CLERK
BY: /s/ H McOnald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:11-cr-00027-1 |
| | ) | |
| v. | ) | **§ 2255 ORDER** |
| | ) | |
| SEKOU FOFANA, | ) | By: Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED without prejudice**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for the United States.

ENTER: This 23rd day of July, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge